AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| E.ON SE, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 26-cv-3903 |
| Kingdom of Spain | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

E.ON SE; E.ON Finanzanlagen GmbH; E.ON Iberia Holding GmbH .

Date: 11/04/2026

/s/ Emma J. O'Connor
*Attorney's signature*

Emma J. O'Connor
*Printed name and bar number*

Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
*Address*

EOConnor@jenner.com
*E-mail address*

(202) 639-6000
*Telephone number*

*FAX number*