**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

E.ON SE,

Brüsseler Platz 1,
45131 Essen,
Germany

E.ON Finanzanlagen GmbH,

Brüsseler Platz 1,
45131 Essen,
Germany

E.ON Iberia Holding GmbH,

Brüsseler Platz 1,
45131 Essen,
Germany

*Petitioners,*

v.

Kingdom of Spain,

Abogacia General del Estado
Calle Ayala, 5 28001 – Madrid
Spain

*Respondent.*

Civil Action No. 26-cv-3903

**MOTION TO ADMIT ELIZABETH A. EDMONDSON TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.2**

Kenneth D. Beale, a member in good standing of the bar of this Court, moves for the admission and appearance of attorney Elizabeth A. Edmondson, *pro hac vice*, as counsel for Petitioners in the above-captioned action. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court.

2. I move for the admission *pro hac vice* of Elizabeth A. Edmondson, of the law firm of Jenner & Block LLP, to appear before this Court as Counsel.

3. As set forth in the accompanying Declaration, Elizabeth A. Edmondson is a member in good standing of the bar of the state of New York; there are no disciplinary proceedings against her as a member of the bar in any jurisdiction; and she has read and agrees to comply with the local rules of this Court.

4. Elizabeth A. Edmondson has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

**WHEREFORE**, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.2 for Elizabeth A Edmondson to appear before the Court in this matter *pro hac vice*.

Dated: November 5, 2026

Respectfully submitted,

*/s/ Kenneth D. Beale*

Kenneth D. Beale
Jenner & Block LLP
1099 New York Ave NW, #900
Washington, DC 20001
(202) 639-6000
KBeale@jenner.com

*Counsel for Petitioners*